# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Jerry Cobb

V.

State of California, Kamala Harris

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11cv1752-BEN (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the case is dismissed as duplicative.

| August 10, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON August 10, 2011 |